UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES LATTANZIO, | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-171-DCR |
| V. | ) | |
| MAYME BRUNACINI, et al., | ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with Memorandum Opinion and Order entered this date and the Memorandum Opinion and Order entered March 6, 2018 [Record No. 98], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendants Mayme Brunacini and La Mame Kentucky, LLC, with respect to all claims asserted in the action by Plaintiff James Lattanzio.

2. All claims asserted in this action by Plaintiff James Lattanzio against the defendants are **DISMISSED**, with prejudice. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 13th day of July, 2018.

